1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  California Bar No. 149883
6      Federal Courthouse, 14th Floor
       312 North Spring Street
7      Los Angeles, California 90012
       Telephone:  (213) 894-6166
8      Facsimile:  (213) 894-7177
       E-mail: Steven.Welk@usdoj.gov
9
10
   Attorneys for Plaintiff
11 United States of America

12              UNITED STATES DISTRICT COURT

13          FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                    WESTERN DIVISION

15 UNITED STATES OF AMERICA,    ) NO. CV13-02901 GHK(PJWx)
                                )
16                              )
            Plaintiff,          ) VERIFIED COMPLAINT FOR
17                              ) FORFEITURE
            v.                  )
18                              ) [21 U.S.C. § 881(a)(6)]
   $663,000.00 IN U.S. CURRENCY )
19 AND $916,181.00 IN U.S.      )        [D.E.A.]
   CURRENCY,                    )
20                              )
                                )
            Defendants.         )
21 _____)

22

23      The United States of America brings this claim against the

24 defendants $663,000.00 in U.S. currency and $916,181.00 in U.S.

25 currency ("defendant currency"), and alleges as follows:

26                   JURISDICTION AND VENUE

27      1.   This is a civil forfeiture action brought pursuant to

28 21 U.S.C. § 881(a)(6).

                                1

1     2.    This court has jurisdiction over the matter under 28

2   U.S.C. §§ 1345 and 1355.

3     3.    Venue lies in this district pursuant to 28 U.S.C.

4   § 1395(b).

5                        PERSONS AND ENTITIES

6     4.    The plaintiff is the United States of America.

7     5.    The defendants are:

8          a.    $663,000.00 in U.S. currency seized in Fontana,

9   California[1], and

10         b.    $916,181.00 in U.S. currency seized in Compton,

11  California.

12  The defendant currency was seized during a security sweep/

13  execution of state of California search warrants on October 31,

14  2012.

15    6.    The interests of Oscar H. Rodriguez Ochoa ("Ochoa")

16  and Daniela Valenzuela may be adversely affected by these

17  proceedings.

18    7.    The defendant currency is in the custody of the United

19  States Marshals Service, where it shall remain subject to this

20  court's jurisdiction during the pendency of this action.

21                     FACTS SUPPORTING FORFEITURE

22    8.    In May 2010, the Drug Enforcement Administration

23  ("DEA") began an investigation of a cocaine trafficker in the

24  city of Los Angeles, California.  During this investigation, the

25  DEA had determined the residence located at East 90th Street in

26  Los Angeles, California ("E. 90[th] Street residence"), was being

27  ―――――――――――――――――――――

28       [1] Pursuant to Local Rule 5.2-1, home addresses have been
    redacted.

                                2

1  utilized for narcotics transactions/ stash house.  Alejandro
2  Basurto and or his vehicle ("Basurto") had been observed at the
3  above residence on multiple occasions.  Later, it was learned
4  Emmanuel Monroy was in charge of a cocaine trafficking
5  organization, his brothers (Anthony Monroy and Francisco
6  Monroy), and Basurto were part of the same organization.
7       9.   On January 21, 2011, members of the Los Angeles Intra-
8  Agency Metropolitan Police Apprehension Crime Task Force ("L.A.
9  IMPACT") Group 12 followed a vehicle believed to be a narcotics
10 load vehicle to a residence located on East 90th Street in los
11 Angeles, California.  DEA special agent Amin Fard ("SA Fard")
12 and/or L.A. IMPACT officers believed this residence to be a
13 stash house used to store narcotics and/or narcotics proceeds.
14      10.   At approximately 10:30 p.m., an individual, later
15 identified as Basurto was observed leaving the E. 90th Street
16 residence on a motorcycle.  Officers conducted a traffic stop of
17 Basurto and ultimately discovered $43,444.00 in U.S. currency
18 inside a shoe box Basurto was carrying on the motorcycle.  The
19 currency was wrapped in green cellophane.  The currency was
20 seized and forfeited, and is not part of the defendant currency
21 here.  Basurto was questioned by SA Fard and later released.
22      11.   A few hours later, on January 22, 2011 at
23 approximately 1:25 a.m., DEA special agent Fard and L.A. IMPACT
24 officers executed a California state search warrant at the E.
25 90th Street residence.  There was no one present at the
26 residence.  The search resulted in the seizure of approximately
27 33 empty one-kilo size plastic wrappers inside the kitchen trash
28 can, two handguns, two digital scales and approximately 100

1    grams of cocaine.  Officers and SA Fard also found green
2    cellophane which appeared to match the wrapping of both the 100
3    grams of cocaine found in the house and the $43,444.00 in U.S.
4    currency recovered from Basurto.

5        12.  On or about July 9, 2012, SA Fard had determined a
6    2000 Volkswagen Beetle (the "Beetle") bearing a paper license
7    plate, associated with Basurto was equipped with a modified
8    compartment/s.  SA Fard had observed the same vehicle parked
9    near Basurto's residence in the city of South Gate, California.
10   Later (Thursday, August 16, 2012), SA Fard with assistance from
11   the South Gate Police Department was able to obtain the Vehicle
12   Identification Number associated with the Beetle.  SA Fard is
13   also aware that narcotics traffickers utilize vehicles with
14   modified compartment/s to transport their narcotics and or
15   narcotics proceeds and or weapons.  These narcotics traffickers
16   secrete their narcotics and or narcotics proceeds and or weapons
17   in the said modified compartment/s to evade law enforcement.

18       13.  While conducting surveillance, investigators had
19   observed Basurto, Emmanuel Monroy and other subjects at a car
20   wash located at Normandie Avenue and West 95th Street in Los
21   Angeles, California.  On September 25, 2012, SA Fard noted the
22   presence of a 2001 Acura CL (the "Acura"), bearing California
23   license plate number 5RYZ536, at the car wash.

24       14.  Investigators determined that Basurto and other
25   individuals believed to be involved in narcotics and or criminal
26   activities frequently met at a commercial location at 1519 West
27   Florence Avenue in Los Angeles, California ("W. Florence Ave.
28   location").  This business did not appear to be open to the

public and the gate was mostly closed.  Agents believed that only certain close associates of the organization had access to this location.

15.  On October 3, 2012, at approximately 6:30 p.m., SA Fard saw the Beetle back out of the W. Florence Ave. location, drive west on Florence Avenue, turn left onto Dalton Avenue and slow down.  SA Fard continued to drive west on Florence Avenue, and saw the Acura backing out of the W. Florence Ave. location. Based on this fact, SA Fard believed the Acura was a narcotics load vehicle.

16.  On October 24, 2012, investigators from the Fontana Police Department ("FPD"), and DEA Agents established surveillance in the vicinity of El Super market located at 3405 East Cesar Chavez Avenue in Los Angeles, California.

17.  At approximately 12:10 p.m., agents saw the Beetle enter the parking lot of the El Super market.  The Beetle moved slowly through the parking lot and parked next to a silver Honda Accord.  The driver of the Honda Accord exited his vehicle empty handed and got into the passenger seat of the Beetle.

18.  At approximately 12:15 p.m., the driver of the Honda exited the Beetle with what appeared to be a weighted women's pink hand bag and/or shopping bag in his hand, placed the bag in the rear seat of the Honda Accord and entered the Honda Accord. Both the Beetle and the Honda Accord then departed the El Super market parking lot.  Surveillance officers believed that they had witnessed all or part of a drug transaction.

19.  On October 31, 2012, at approximately 10:35 a.m., members from the FPD established surveillance of the Acura in

Fontana, California.  At approximately 10:45 a.m., the Acura was seen pulling into the driveway of a residence on Beech Avenue in Fontana, California ("Beech Avenue residence").  The driver of the Acura, later identified as Ochoa, exited the Acura and entered the Beech Avenue residence.

20.  At approximately 11:22 a.m., Ochoa exited the Beech Avenue residence, entered the Acura and drove away.  Two other individuals, later identified as Juan Lara ("Lara") and Heraclio Rios, exited the Beech Avenue residence, entered a black Toyota Tacoma pick-up truck bearing California license plate number 8N58980, and drove away.[2]  SA Fard had previously requested the California Highway Patrol ("CHP") to initiate a traffic stop on the Acura.

21.  At approximately 11:32 a.m., a CHP officer conducted a traffic stop on the Acura for a traffic violation.  Ochoa pulled into an AM/PM Gas Station located at 10062 Cherry Avenue in Fontana, California.  The officer approached the Acura of which Ochoa was the sole occupant.  Ochoa handed the officer a Mexican driver's license and told the officer that he (Ochoa) lived in Paramount, California.  The officer smelled a strong odor of fragrance emitting from the Acura and noticed that Ochoa was nervous while looking for additional paperwork.  The officer

---

[2] According to the California Department of Motor Vehicles, the Toyota Tacoma pick-up truck was registered to Juan Lara in Compton California.

FPD officers conducted a traffic stop on the Toyota Tacoma pick-up truck.  The driver of the vehicle was Lara.  Lara's California driver license had been suspended.  The Toyota Tacoma pick-up truck was impounded because of Lara's suspended driver license.  Both Lara and Rios were released.

1    asked Ochoa to exit the Acura.  During questioning, Ochoa looked
2    around in different directions as though he was looking for an
3    avenue of escape.  The officer issued Ochoa a citation and told
4    him he was free to leave.  As Ochoa approached the Acura, the
5    officer asked Ochoa if he could search the Acura.  Ochoa agreed
6    and gave the officer verbal and written consent to search the
7    vehicle.

8         22.  The officer utilized a trained and certified narcotics
9    detecting canine to conduct a narcotic sniff of the Acura.  The
10   canine made a positive alert to the trunk and right side of the
11   Acura.  The officer then placed the canine inside the Acura,
12   where the canine made a positive alert to the bottom right rear
13   seat near the right rear quarter panel.  The officer then placed
14   the canine inside the trunk and the canine made a positive alert
15   to an empty duffel bag.  The officer searched the interior of
16   the Acura and found an electronically-controlled modified
17   compartment with an access panel held in place by a trunk latch
18   system behind both the left and right rear interior quarter
19   panels.  These types of compartments are commonly used by drug
20   traffickers to transport drugs or drug proceeds.

21        23.  A search of the modified compartment on the left side
22   of the car revealed gloves and towels.  A search of the modified
23   compartment on the right side resulted in the seizure of 4 tape-
24   wrapped kilogram-sized packages of cocaine.  A further search of
25   the Acura resulted in the seizure of two cellular telephones,
26   $1,000.00 in U.S. currency and miscellaneous documents.[3]  The

27   _____
         [3] The $1,000.00 in U.S. currency was seized and later
28   administratively forfeited by the DEA.

1  Acura was also seized.[4]  Ochoa was arrested and booked at the
2  FPD.  A search of Ochoa's person resulted in the seizure of an
3  additional $642.00 in U.S. currency.[5]

4      Execution of Search Warrant at Beech Avenue Residence

5      24.  Concerned that there were additional people inside the
6  residence and destruction of evidence was possible, the
7  residence was secured and locked while an application for a
8  search warrant was prepared.  Inside the residence were Daniela
9  Perez Valenzuela and a small child.  Officers conducted a safety
10 sweep of the residence, during which they saw a cardboard box in
11 plain view on the top of the kitchen table.  The top of the box
12 was open and the officers could see that the box contained a
13 large amount of U.S. currency.  Officers ultimately seized the
14 defendant $663,000.00 in U.S. currency from the box.  A search
15 warrant was executed and other items were seized.

16     Execution of Search Warrant at South Halo Drive Residence

17     25.  During this investigation, SA Fard had determined that
18 the Acura was also associated with a residence on South Halo
19 Drive in Compton, California ("S. Halo Drive residence").  FPD
20 officers established surveillance at the S. Halo Drive
21 residence.

22     26.  On October 31, 2012, at approximately 4:45 p.m., DEA
23 SA Fard and officers from the FPD, with assistance from the Los
24 County Sheriff's Department, executed a search warrant at the S.

25

26     [4] The Acura was subsequently administratively forfeited by
   the DEA.
27
28     [5] The $642.00 in U.S. currency found on Ochoa's person was
   administratively forfeited by the DEA.

1  Halo Drive residence.  Officers knocked on the door of the
2  residence announcing that they had a search warrant and
3  demanding entry.  After receiving no answer, officers forced
4  open the metal door and the front door of the residence.
5  Officers conducted a protective sweep of the residence and did
6  not locate anyone.

7      27.  During a subsequent search of the master bedroom,
8  officers found a locked closet door, which they forced open.
9  Inside the closet, officers found and seized 21 kilograms of
10  cocaine and the defendant $916,181.00 in U.S. currency from this
11  residence.  Officers also seized 1 kilogram of cocaine from the
12  attic of this residence.  Officers also found and seized
13  $3,037.00 in U.S. currency[6] from a shirt pocket and a loaded .45
14  caliber handgun from a nightstand drawer located in another
15  bedroom.  A money counter machine was seized from a third
16  bedroom.  Also seized were numerous pages of pay and owe sheets,
17  showing controlled substance transactions.  Agents also observed
18  numerous cellular telephones inside the residence.  It is common
19  for drug traffickers to maintain loaded firearms, money counters
20  and multiple cellular telephones.

21      28.  Based on the above, plaintiff alleges that the
22  defendant currency represents or is traceable to proceeds of
23  illegal narcotics trafficking, or was intended to be used in one
24  or more exchanges for a controlled substance or listed chemical,
25  in violation of 21 U.S.C. § 841 et seq.  The defendant currency
26  is therefore subject to forfeiture pursuant to 21 U.S.C.

27  _____
28      [6] The $3,037.00 in U.S. currency was administratively
   forfeited by the DEA.

9

1   § 881(a)(6).

2        WHEREFORE, plaintiff United States of America prays that:

3        (a)   due process issue to enforce the forfeiture of the

4   defendant currency;

5        (b)   due notice be given to all interested parties to

6   appear and show cause why forfeiture should not be decreed;

7        (c)   that this Court decree forfeiture of the defendant

8   currency to the United States of America for disposition

9   according to law; and

10        (d)   for such other and further relief as this Court may

11   deem just and proper, together with the costs and disbursements

12   of this action.

13   DATED: April 24, 2013      ANDRÉ BIROTTE JR.
                                United States Attorney
14                              ROBERT E. DUGDALE
                                Assistant United States Attorney
15                              Chief, Criminal Division

16

17                              _____
                                STEVEN R. WELK
18                              Assistant United States Attorney
                                Chief, Asset Forfeiture Section
19
                                Attorneys for Plaintiff
20                              United States of America

21

22

23

24

25

26

27

28

                              10

1                                VERIFICATION

2         I, Amin Fard, hereby declare that:

3         1.   I am a Special Agent with the Drug Enforcement

4 Administration and am the case agent for the forfeiture matter

5 entitled <u>United States of America v. $663,000.00 in U.S.</u>

6 <u>Currency and $916,181.00 in U.S. Currency</u>.

7         2.   I have read the above Verified Complaint for

8 Forfeiture and know its contents.  It is based upon my own

9 personal knowledge and reports provided to me by other law

10 enforcement agents.

11        3.   Everything contained in the Complaint is true and

12 correct, to the best of my knowledge and belief.

13       I declare under penalty of perjury that the foregoing is

14 true and correct.

15       Executed April 22, 2013 in Los Angeles, California.

16

17                     AMIN FARD

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge George King and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

## CV13- 2901 GHK (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [✓] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| United States of America | $663,000.00 in U.S. Currency and $916,181.00 in U.S. Currency |

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Steven R. Welk, Assistant United States Attorney
1400 United States Courthouse, 312 North Spring Street
Los Angeles, California 90012; Telephone: (213)894-6166  Fax: (213) 894-7177

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes  ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No          ☐ MONEY DEMANDED IN COMPLAINT: $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause.  Do not cite jurisdictional statutes unless diversity.)
21 U.S.C. § 881(a)(6)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

CV13-02901

FOR OFFICE USE ONLY:   Case Number:

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                CIVIL COVER SHEET                Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☑   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date April 24, 2013

**Notice to Counsel/Parties:**   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |